COPY

MARC E. MAYER (190969)
　mem@msk.com
EMILY F. EVITT (261491)
　efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

FILED
12 AUG 31 PM 2:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.A.R.L.,

　　　　Plaintiff,

　v.

DOES 1 through 10, d/b/a "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com"

　　　　Defendants.

CASE NO. **12-7514** MWF (CWx)

**COMPLAINT FOR VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT**

YOUPORN and TUBE8 marks and then used those domain names for websites offering competing adult-oriented services.

4. Defendants' bad faith and willful conduct has caused, and is continuing to cause, severe and irreparable damage to Manwin. This lawsuit seeks to enjoin such conduct and compensate Manwin for the injury it has suffered.

## JURISDICTION AND VENUE

5. This is an action arising under the Lanham Act, 15 U.S.C. § 1125, <u>et seq</u>. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because it arises under the federal Lanham Act.

6. Defendants are subject to personal jurisdiction in the State of California because their acts and omissions took place in substantial part and caused impacts in the State of California, including in Los Angeles County, California.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the acts, omissions and events giving rise to the claims asserted in this Complaint occurred in this judicial district.

## THE PARTIES

8. Plaintiff Manwin Licensing International S.à.r.l. is, and at all relevant times was, a business entity organized as a "Société à responsabilité limitée" under the laws of Luxembourg, and having its principal place of business in the City of Luxembourg, Luxembourg. Manwin's affiliates and licensees include Manwin USA, Inc., Manwin D.P. Corp., and Playboy Plus Entertainment, Inc., all of which have principal places of business in Los Angeles, California.

9. Plaintiff is unaware of the true names or capacities of the Defendants sued herein under the fictitious names DOES 1 through 10, inclusive. Plaintiff is

informed and believes, and on that basis avers, that DOES 1 through 10 either (1) directly performed the acts alleged herein, (2) were acting as the agents, principals, alter egos, employees, or representatives of the other Defendants, and/or (3) otherwise participated in the acts alleged herein with other Defendants. Accordingly, Defendants DOES 1 through 10 each are liable for all of the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Plaintiff as alleged herein. Plaintiff will amend the Complaint to state the true names of Defendants DOES 1 through 10 when their identities are discovered.

## THE DOMAIN NAME SYSTEM

10. The Internet is an international network of interconnected servers and computers. Each computer or host server connected to the Internet has a unique identity, established by its Internet Protocol ("IP") address. An IP address consists of a string of four numbers, separated by periods (e.g., 123.45.67.89). The unique IP address ensures that users are directed to the computer or host server for the particular website they intend to visit.

11. Because the string of numbers contained in IP addresses is difficult to remember, the Domain Name System ("DNS") was introduced to allow individual users to identify a computer using an easier-to-remember alphanumeric "domain name" such as "YouPorn.com." The unique domain name is incorporated into a Uniform Resource Locator ("URL"). Internet users connect to a website by typing the URL into (or linking to the URL through) their browser. The DNS ensures that each unique alphanumeric "domain name" and URL corresponds to a specific numerical IP address. When an Internet user enters a domain name and URL into a browser, the URL is sent to a DNS server. The server looks up the IP address assigned to that domain name. The browser then links to the server having that IP address, which hosts the desired website.

12. To acquire a domain name, members of the public ("registrants") purchase that domain name from "registrars" such as GoDaddy and Moniker Online Services, Inc. Registrants pay an initial registration fee, along with an annual fee, to the registrar. In return, the domain name is reserved for the exclusive use of the registrant and cannot be used by any other person or entity.

13. Typically, registrars record and make publicly available the names and contact information of registrants. Such information generally can be found using a search of the Internet "WhoIs" database. The WhoIs database is intended, among other things, to ensure that members of the public, such as the owners of intellectual property rights, have the ability to make contact with the owners of a website or domain name, including to register complaints concerning the content of the website or domain name. However, many individuals and entities have sought to exploit the Internet for various nefarious ends. These individuals do not wish to be located by rights holders or others, and thus have sought ways to register websites anonymously. As a result, an entire industry has arisen offering so-called domain name "privacy services." These domain "privacy services," including the "Moniker Privacy Services," used by Defendants, register domain names on behalf of their clients in the name of the privacy service (rather than in the name of the client). The privacy service then licenses the domain name back to the client. Thus, a "WhoIs" search for a domain name registered by a privacy service will disclose the registrant of the domain name as the *privacy service*, and the only contact information listed will be an email address used by the privacy service.

## PLAINTIFF AND ITS TRADEMARKS

14. Manwin owns and licenses one of the largest portfolios of premium adult-oriented domain names and trademarks. Among Manwin's most popular websites are YouPorn, located at www.youporn.com, and Tube8, located at

1  www.tube8.com. The YouPorn and Tube8 websites each offer visitors access to a
2  library of user-uploaded adult-oriented content. The YouPorn and Tube8 websites
3  are among the most visited websites on the Internet, and millions of people
4  throughout the world visit each of these websites every day. Indeed, according to
5  the web metrics firm "Alexa," the YouPorn website and the Tube8 website are,
6  respectively, the 85th and 102nd most visited websites in the United States.

7      15.   The YouPorn and Tube8 websites distinguish themselves from other
8  similar websites by offering a large selection of high-quality content in a
9  searchable, easy-to-use, secure environment. Manwin has invested considerable
10 resources designing and maintaining the YouPorn and Tube8 websites, advertising
11 the websites, and ensuring that the websites convey a distinctive and recognizable
12 image and commercial impression. As a result, the YouPorn and Tube8 websites
13 are widely recognized around the world and have obtained a reputation among
14 members of the consuming public for high-quality adult content.

15     16.   Manwin is the owner of common law rights, and of a valid and
16 subsisting trademark registration for YOUPORN, Reg. No. 3534702, which is
17 registered on the Principal Register of the United States Patent and Trademark
18 Office. ("The YOUPORN Mark"). Additionally, Manwin has filed applications
19 for the U.S. service mark TUBE8 (Serial Nos. 85388947 and 85396043) for video-
20 on-demand transmission services and related services, and possesses common law
21 rights in the mark TUBE8 in connection with adult-oriented Internet services (the
22 "TUBE8 Marks").

23     17.   The YOUPORN and TUBE8 Marks are protectable and not generic.
24 Plaintiff has invested considerable time, effort, and financial resources cultivating
25 consumer recognition and goodwill in the YOUPORN and TUBE8 Marks and in
26 the YouPorn and Tube8 websites, and establishing a strong association in the
27 minds of the consuming public between the YOUPORN and TUBE8 Marks and
28 premium, free adult entertainment. As a result, the YOUPORN and TUBE8 Marks

Mitchell Silberberg & Knupp LLP
4813765.1

have achieved secondary meaning within the adult entertainment industry and in the minds of the public at large.

## DEFENDANTS AND THEIR UNLAWFUL CONDUCT

18. Defendants are individuals or entities with no affiliation to Manwin and without any rights to the YOUPORN or TUBE8 Marks. Nevertheless, between 2008 and 2009, Defendants caused to be registered at least four domain names that contain the phrases "YouPorn" and/or "Tube8," and/or are confusingly similar to Manwin's YOUPORN and TUBE8 Marks.

19. Among the domain names registered by Defendants are the following four domain names: "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com" (the "Infringing Domains").

20. All of the Infringing Domains were registered through the domain name registrar "Moniker Online Services, Inc." Additionally, all of the Infringing Domains were registered using the privacy service "Moniker Privacy Services," and thus list "Moniker Privacy Services" as the owner and administrative contact.

21. Based on the similarity of the Infringing Domains and the manner in which they were registered, Manwin is informed and believes, and on that basis avers, that all of the Infringing Domains were registered (or caused to be registered) either by a single individual or a group of individuals acting in concert with each other. Because Defendants have used Moniker Privacy Services to protect their identities, Manwin has been unable to determine the true identities of Defendants, but will amend its complaint upon learning such information.

22. Defendants are, and at all relevant times were, well aware of the infringing nature of the Infringing Domains. Indeed, the only reason why Defendants obtained the Infringing Domains was to divert traffic away from Manwin's YouPorn and Tube8 websites and confuse consumers into visiting their competing websites instead. Moreover, Defendants' knowledge of their infringing

Mitchell
Silberberg &
Knupp LLP

4813765.1

conduct is evidenced by their anonymous registration of the Infringing Domains, rather than using their own real names.

## FIRST CLAIM FOR RELIEF

[Violation of the Anti-Cybersquatting Act – 15 U.S.C. § 1125(d)]

23.  Manwin realleges each and every allegation set forth in Paragraphs 1 through 22, inclusive, and incorporates them by reference herein.

24.  Manwin owns all rights in and to the YOUPORN and TUBE8 Marks. The YOUPORN and TUBE8 Marks are distinctive and famous.

25.  Defendants have registered, trafficked in, and/or used the Infringing Domains, which are identical or confusingly similar to Manwin's YOUPORN or TUBE8 Marks. Indeed, the Infringing Domains each incorporate the YOUPORN or TUBE8 Marks.

26.  Defendants' use of the Infringing Domains has, at all times, been an intentional and willful attempt to profit, in bad faith, from the YOUPORN and/or TUBE8 Marks. Among other things, (a) Defendants have no trademark or other intellectual property rights in the YOUPORN or TUBE8 Marks or the Infringing Domains; (b) Defendants are not making any *bona fide* noncommerical or fair use of the YOUPORN or TUBE8 Marks; (c) Defendants intend to divert traffic from the official YouPorn and Tube8 websites; (d) the YOUPORN and TUBE8 Marks are well known marks, associated throughout the world with Manwin's premium, free adult entertainment services; and (e) Defendants at all times knew that they did not possess any trademark, other intellectual property rights, or any other rights whatsoever in the YOUPORN and TUBE8 Marks, and registered the Infringing Domains with (and despite) that knowledge.

27.  As a direct and proximate result of Defendants' conduct, Manwin is entitled to damages and to Defendants' profits in amounts to be proven at trial,

Mitchell Silberberg & Knupp LLP

4813765.1

which are not currently ascertainable. Alternatively, Manwin is entitled to maximum statutory damages of $100,000 for each Infringing Domain pursuant to 15 U.S.C. § 1117(d), for a total amount of up to $400,000.

28. Manwin further is entitled to its attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).

29. As a result of Defendants' acts and conduct, Manwin has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Manwin is informed and believes, and on that basis avers, that, unless enjoined and restrained by this Court, Defendants will continue to infringe Manwin's valuable YOUPORN and TUBE8 Marks. Manwin is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Manwin respectfully requests judgment against Defendants and each of them as follows:

1. Preliminarily and permanently enjoining Defendants, their agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with them, from using the Infringing Domains, or any other name or mark or domain name that is likely to cause confusion, to cause mistake, or to deceive with respect to the YOUPORN or TUBE8 Marks, or from otherwise competing unfairly with Manwin;

2. Directing Defendants to transfer to Manwin the domain name registrations for the Infringing Domains, including but not limited to the domain names "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com."

3. Awarding Manwin maximum statutory damages under 15 U.S.C. § 1117(d), of $100,000 per infringing domain name, for a total of up to $400,000 in statutory damages;

4. Awarding Manwin its damages and Defendants' profits derived by reason of the unlawful acts complained of herein as provided by law;

5. Awarding Manwin its reasonable attorneys' fees, prejudgment interest, and costs of suit as provided by law;

6. Such other relief as the Court may deem just and proper.

DATED: August 30, 2012

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Marc E. Mayer
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable of right by jury.

DATED: August 30, 2012

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/
Marc E. Mayer
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Michael Fitzgerald and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV12- 7514 MWF (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

═══════════════════════════════════════════════════════════

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

MARC E. MAYER (190969), mem@msk.com
EMILY F. EVITT (261491), efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Attorneys for Plaintiff, MANWIN LICENSING
INTERNATIONAL S.A.R.L.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.A.R.L.,

PLAINTIFF(S)

v.

DOES 1 through 10, d/b/a "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com"

DEFENDANT(S).

CASE NUMBER

CV12-7514-MWF (CWx)

**SUMMONS**

TO: DEFENDANT(S): DOES 1 through 10, d/b/a "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com"

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Marc Mayer, whose address is Mitchell Silberberg & Knupp LLP 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: AUG 3 1 2012

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)     SUMMONS     American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MANWIN LICENSING INTERNATIONAL S.A.R.L.,

**DEFENDANTS**
DOES 1 through 10, d/b/a "liketube8.com," "likeyouporn.net," "youpornmovs.com," and "youpornxxx.com"

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MARC E. MAYER (190969) mem@msk.com
EMILY F. EVITT (261491) efe@msk.com
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000, Facsimile: (310) 312-3100

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** 400,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument |  |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other |  |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  |  | **BANKRUPTCY** |  | ☐ 740 Railway Labor Act |
|  | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability |  | ☐ 555 Prison Condition |  |
| ☐ 490 Cable/Sat TV |  |  | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service |  | ☐ 350 Motor Vehicle |  |  | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
|  |  |  | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 442 Employment |  | ☒ 840 Trademark |
|  | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability |  |  |  | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act |  |  | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g) |
|  | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation |  |  | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities – Other |  | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application |  | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land |  | ☐ 440 Other Civil Rights |  |  |
|  | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  |  |  |

**FOR OFFICE USE ONLY:** Case Number: CV12-7514

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     American LegalNet, Inc. www.FormsWorkflow.com     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): 12-cv-05296-CBM-JC; 12-cv-05993-CBM-JC

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Luxembourg - Manwin Licensing International S.a.r.l. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date August 30, 2012
Marc E. Mayer

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |